IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02368-LTB

MONTGOMERY WOLFBEAR COYOTE, and
MARION ORNESTUS HARPER, III,

    Plaintiffs,

v.

MONT. CO. SHERIFF'S DEPT.,
MONTEZUMA CO. BOARD OF COMM.,
CITY OF CORTEZ, Colorado,
CORTEZ POLICE DEPT. OFF. MARTINEZ,
22ND JUDICIAL DIST. JUDGES,
DOUGLAS WALKER,
TODD PLEWE,
JENNILYNNE LAWRENCE, and
DIST. ATTY. RUSSELL WESLEY,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on October 17, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiffs.

    DATED at Denver, Colorado, this 17 day of October, 2012.

                                          FOR THE COURT,

                                          JEFFREY P. COLWELL, Clerk

                                          By: s/L. Gianelli
                                                 Deputy Clerk