**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02368-LTB

MONTGOMERY WOLFBEAR COYOTE, and
MARION ORNESTUS HARPER, III,

    Plaintiffs,

v.

MONT. CO. SHERIFF'S DEPT.,
MONTEZUMA CO. BOARD OF COMM.,
CITY OF CORTEZ, Colorado,
CORTEZ POLICE DEPT. OFF. MARTINEZ,
22ND JUDICIAL DIST. JUDGES,
DOUGLAS WALKER,
TODD PLEWE,
JENNILYNNE LAWRENCE, and
DIST. ATTY. RUSSELL WESLEY,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    The Motion to Withdraw as Counsel for Board of County Commissioners of Montezuma County and Dennis Spruell, Montezuma County Sheriff (ECF No. 14) is GRANTED.

Dated:  January 8, 2013